IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DARYL A. ROYSTER,**
    **Plaintiff,**

vs.                                       3:06cv238/RV/MD

**YMCA, et al.,**
    **Defendants.**
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 5, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The plaintiff's federal claims are DISMISSED WITH PREJUDICE as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

3.    The plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE to his re-filing them in state court.

4.    The clerk is directed to close the file.

DONE AND ORDERED this 24th day of July, 2006.

                                                  /s/ *Roger Vinson*
                                                  **ROGER VINSON**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**